SO ORDERED.

Dated: May 27, 2010

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-10804

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Robert B. Towne and Crystal Lee Towne<br>    Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>    Movant,<br>vs.<br><br>Robert B. Towne and Crystal Lee Towne, Debtors, Maureen Gaughan, Trustee.<br><br>    Respondents. | No. 2:10-bk-11425-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #16) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 19, 2006 and recorded in the office of the MARICOPA County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Robert B. Towne and Crystal Lee Towne have an interest in, further described as:

> A portion of Tract "F'", GRANITE REEF ESTATES #2, according to Book 63 of Maps, page 20, records of Maricopa County, Arizona, and being a portion of the Southeast quarter of Section 12, Township 1 North, Range 6 East of the Gila and Salt River Base and Meridian, and being more particularly described as follows:
> Commencing at the Southeast corner of said Section;
> Thence West along the South line of said Section to the South quarter corner;
> Thence North 00 degrees 44 minutes 00 seconds East, a distance of 558.65 feet to a point;
> Thence South 89 degrees 59 minutes 15 seconds East, a distance 664.32 feet to the POINT OF BEGINNING;
> Thence North 00 degrees 43 minutes 00 seconds East, a distance of 177.13 feet to a point;
> Thence South 89 degrees 59 minutes 01 seconds East, a distance of 166.06 feet to a point;
> Thence South 00 degrees 42 minutes 44 seconds West, a distance of 177.12 feet to a point;
> Thence North 89 degrees 59 minutes 15 seconds West, a distance of 166.07 feet to the TRUE POINT OF BEGINNING;
> EXCEPT the West 25 feet; and
> EXCEPT the South 30 feet.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.